IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| **DOROTHY L. SMITH,** | ) |
| | ) C/A No.: 8:06-3244-CMC-BHH |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| **MICHAEL J. ASTRUE**, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff filed a complaint seeking judicial review of the final decision of the Commissioner denying her claim for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 410-33 (2000). The matter is currently before the court for review of the Report and Recommendation of United States Magistrate Judge Bruce Howe Hendricks made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 83.VII.02, *et seq.,* D.S.C.

This court is charged with making a *de novo* determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The court reviews only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

The United States Magistrate Judge has filed her Report and Recommendation, in which she recommends that the Commissioner's decision be reversed pursuant to sentence four of 42 U.S.C. § 405(g) and 1383(c)(3), and the case be remanded to the Commissioner to take appropriate action regarding an award of benefits to Plaintiff based on the disability alleged to have commenced on July 1, 1995. In a response filed March 6, 2008, the Commissioner indicates that he will not file objections to Magistrate Judge's Report.

After reviewing the record, the applicable law, the briefs of counsel and the findings and recommendations of the Magistrate Judge, the court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference.

Therefore, it is hereby **ORDERED** that the Commissioner's decision is *reversed* pursuant to sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3), and the case is **remanded** for an award of benefits based on the disability alleged to have commenced on July 1, 1995.

**IT IS SO ORDERED**.

                                                  s/ Cameron McGowan Currie
                                                  CAMERON MCGOWAN CURRIE
                                                  UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
March 6, 2008

C:\Documents and Settings\ajw35\Local Settings\Temp\notes6030C8\~6995152.wpd